UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :
            -v-                                              :
                                                             :
                                                             :
SLAVA (STANLEY) KAPLAN,                                      :
                                                             :
                        Defendant.                           :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2023

1:23-cr-320-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Slava (Stanley) Kaplan on September 19, 2023 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge