UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :
                                             :
                    -against-                :
                                             :
SLAVA (STANLEY) KAPLAN,                       :          1:23-cr-320-GHW-1
                                             :
                              Defendant.      :          ORDER
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2026

GREGORY H. WOODS, United States District Judge:

On May 20, 2025, Defendant Slava Kaplan filed a motion for early termination of his supervised release. Dkt. No. 135 (the "Motion"). Section 5D1.4(b) of the United States Sentencing Guidelines provides that a court "may" "[a]ny time after the expiration of one year of supervised release and after an individualized assessment of the need for ongoing supervision," "terminate the remaining term of supervision and discharge the defendant if the court determines, following consultation with the government and the probation officer, that the termination is warranted by the conduct of the defendant and in the interest of justice." U.S.S.G. § 5D1.4(b).

Dr. Kaplan's Motion does not describe the position of the government or his probation officer regarding his request. Therefore, the Court requests that the United States and the Probation Office submit their views regarding Dr. Kaplan's application no later than May 27, 2026.

SO ORDERED.

Dated: May 21, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge